AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Titus S. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:23cv73 |
| Commissioner of Social Security, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Joint Motion to Remand (Doc. 14) is GRANTED. This case is REMANDED to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Chelsey M. Vascura on a Motion for Remand

Date: 09/20/2023

CLERK OF COURT

*Melissa Saddler*
Signature of Clerk or Deputy Clerk